GEORGE S. WILDEY et al., Appellants, *v.* JOHN J. MCELLI-GOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York, et al., Respondents.

Submitted April 12, 1940; decided April 26, 1940.

*Charles L. Raskin* and *Samuel M. Ostroff* for appellants.
*William C. Chanler, Corporation Counsel (James Hall Prothero* and *Jeremiah M. Evarts* of counsel), for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.